**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAURA LOIACONO-COFFEY,**

        **Plaintiff,**

-vs-                                                            Case No.  6:06-cv-560-Orl-31JGG

**DAVACO, INC. & LABOR READY**
**SOUTHEAST, INC.,**

        **Defendants.**
_____

## ORDER OF REMAND

Upon consideration of Plaintiff's Motion for Remand (Doc. 7), including her representation that the amount in controversy does not exceed $75,000 and Defendants' agreement thereto (Doc. 11), it is

**ORDERED** that the Motion is GRANTED.  The Clerk is directed to remand this case to state court and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 5, 2006.

                                                  GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party